# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
# AT JACKSON

## STATE OF TENNESSEE v. CHAD DAVIS

**Criminal Court for Shelby County**
**No. 99-08196-97**

---

**No. W2000-02752-CCA-R3-CD - Filed January 16, 2002**

---

## ORDER

It appearing that the original opinion filed in this case on January 10, 2002, is in conflict with the recent holding of *State v. Marcus Morrow*, No. M1999-00769-SC-R11-CD (Tenn. Jan. 11, 2002). Accordingly, it is hereby ORDERED that the opinion filed on January 10, 2002, is withdrawn and replaced by the opinion filed on this day. For appeal time purposes, the judgment filed on January 10, 2002, shall be vacated and reentered as of the date of the refiling of this court's opinion.

PER CURIAM